**STATE of Missouri, Respondent,**

v.

**Deavon BADY, Appellant.**

No. 62291.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 8, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 19, 1994.

S. Paige Canfield, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

### ORDER

PER CURIAM.

Defendant appeals from the judgment entered upon a jury verdict finding him guilty of murder in the second degree and armed criminal action and assessing his punishment at fifteen years imprisonment on Count I and three years imprisonment on Count II.

An opinion reciting detailed facts and restating principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only. This memorandum sets forth the facts and reasons for this order.

The judgment is affirmed according to Rule 30.25(b).